■ 38-32 ASSOCIATES, Appellant, v CITY OF NEW YORK, Respondent. [639 NYS2d 926] —Order, Supreme Court, New York County (Fern Fisher-Brandveen, J.) entered January 26, 1995, which denied plaintiff's motion for summary judgment, unanimously affirmed, without costs.

The IAS Court correctly found that the lease and amendments, read and examined together, are ambiguous as to whether or not "Landlord's costs which were incurred in connection with this occupancy" include landlord's broker's fee obligations. Denial of summary judgment was therefore proper. Concur—Milonas, J. P., Ellerin, Rubin, Ross and Mazzarelli, JJ.

■ JOSE HERAS et al., Respondents, v 2674 VALENTINE AVENUE HOUSING DEVELOPMENT FUND CORPORATION et al., Appellants. [639 NYS2d 390] —Order, Supreme Court, Bronx County (Bertram Katz, J.), entered August 23, 1994, which, *inter alia*, denied defendants' motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Issues of fact remain as to whether the self-closing feature of the building's inner door had been improperly maintained (*Dean v New York City Hous. Auth.*, 191 AD2d 338), since, according to plaintiff's deposition, the assailants had enough time to approach the building from some distance and gain entry before the door closed. Moreover, it is not clear whether it was possible for the door to have been closed faster manually. Finally, as the IAS Court noted, "[t]he plaintiff has made this allegation [that the door took too long to close] on personal knowledge, and no evidence in rebuttal has been furnished by the defendants".

We have considered defendants' remaining contentions and find them to be without merit. Concur—Milonas, J. P., Ellerin, Rubin and Mazzarelli, JJ.